UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES GREEN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | |
| | * | NO.: |
| LUMAR MARINE, INC., | * | |
| TAKO TOWING, | * | SECTION "  " |
| AMERICAN RIVER TRANSPORTATION | * | |
| CO. (ARCO); and | * | |
| ARCHER DANIELS MIDLAND CO. | * | MAG: |
| (ADM) LOGISTICS | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**SEAMAN'S COMPLAINT**

Plaintiff, James Green, an adult resident of Silvercreek, Mississippi, who represents that:

1.

This action is brought pursuant to Title 46 U.S.C. § Section, 688, the Jones Act, all statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the United States and pursuant to the provisions of 33 U.S.C.A. Section 905(b), the General Maritime Law, and all statutes supplemental and amendatory thereto.

II.

Made defendant herein, Lumar Marine, Inc., an entity authorized to do and doing business in the State of Louisiana at the time of the accident complained of herein and is liable unto Plaintiff,

James Green, for claims of the nature asserted herein.

III.

Named defendant herein, Tako Towing, an entity authorized to do and doing business in the State of Louisiana at the time of the accident complained of herein and is liable unto Plaintiff, James Green, for claims of the nature asserted herein.

IV.

Named defendant herein, Defendant, American River Transportation Co., (hereinafter ARCO) at the time of the accident complained of herein and is liable unto Plaintiff, James Green, for claims of the nature asserted herein.

V.

Named defendant herein, Defendant Archer Daniels Midland Co./ADM Logistics (hereinafter "ADM") at the time of the accident complained of herein is liable unto Plaintiff James Green, for claims of nature asserted herein.

VI.

On or about March 1, 2012, plaintiff, James Green, was employed by defendant, Lumar Marine, Inc. and/or Tako Towing and assigned to the M/V Tako Renegade.

VII.

On or about March 1, 2012, the M/V Tako Renegade was owned, operated and/or controlled by defendant Lumar Marine, Inc. and/or Tako towing.

VIII

On or about March 1, 2012, defendant ARTCO and/or ADM owned a barge being moved or positioned by the M/V Tako Renegade.

IX.

On or about March 1, 2012, as plaintiff was pulling on a tow cable on the ARTCO and/or ADM, he slipped and fell, sustaining serious, permanent and disabling injuries to his body, including but not limited to his left knee, low back and left thigh.

X.

A proximate cause of the accident was the unseaworthiness of the vessel M/V Tako Renegade owned, operated and/or controlled by defendant, Lumar Marine, Inc. and/or Tako Towing.

XI.

A cause of this accident was the fault and/or negligence of the defendants, Lumar Marine and/or Tako Towing, in the following non-exclusive respects:

1. Failing to provide plaintiff with a safe place to work;
2. Failing to properly supervise the work being performed;
3. Failing to provide adequate lighting during the performance of the assigned task;
4. Failing to properly and timely release the tow cable being handled by plaintiff;
5. Failing to keep, maintain and provide the deck of the barge in a reasonable safe condition.
6. Requiring plaintiff to negotiate a barge whose deck was not reasonably safe;
7. Failing to position the tug to enable plaintiff to safely perform his job; and
8. Other acts of negligence which will be shown at trial.

XII.

A cause of this accident was the fault and/or negligence of defendant, ARTCO and/or ADM, in the following non-exclusive respects:

1. Failing to keep, maintain and provide their barge deck in a reasonable safe condition;

2. Failing to properly and timely release the tow cable being handled by Plaintiff; and

3. Other acts of negligence which will be shown at trial.

XIII.

In accordance with the Jones Act, the defendants are liable unto the plaintiff, James Green, for the following damages:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering;

c) Past, present and future mental pain and suffering;

d) Lost wages and loss of earning capacity; and,

e) Any other elements of damage recoverable under the Jones Act or under Louisiana law.

XIV.

Plaintiff was not at fault in causing this accident or the resultant damages.

XV.

Plaintiff, James Green, is entitled to maintenance and cure benefits from the above referenced Defendant/Employer, Lamar Marine, Inc. and/or Tako Towing, until such time as he reaches maximum medical cure; and Plaintiff is entitled to attorney's fees, costs and compensatory damages in the event the Defendants, Lamar Marine, Inc. and/or Tako Towing reasonably or arbitrarily refuses to pay or discontinues maintenance and cure benefits.

**WHEREFORE**, plaintiff, James Green, pray that defendants, Lumar Marine, Inc., Tako Towing, ARTCO and ADM, be served with a copy of this complaint, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, there be judgment rendered herein in favor of plaintiff and against defendants in the sums of TWO MILLION FIVE HUNDRED THOUSAND AND NO/100 ($2,500,000.00) DOLLARS  each, interest from the date

of accident until paid, all costs of these proceedings, and for all legal, general, equitable and maritime relief.

        Respectfully submitted,

        **UNGAR & BYRNE**

        /s/ George W. Byrne, Jr.
        GEORGE W. BYRNE, JR. (#3744)
        EVETTE E. UNGAR (#29013)
        CHERYL L. WILD (#28805)
        650 Poydras St., Suite 2005
        New Orleans, Louisiana 70130
        Telephone No.: (504) 566-1616
        Facsimile No.:  (504) 566-1652
        E-Mail: leslie@ungarlawyers.com
        Counsel for Plaintiff, *James Green*

**PLEASE SERVE:**

**LAMAR MARINE, INC.**
Through their Agent For Service of Process
ANTHONY J. LULICH
452 Destrehan Ave.
Harvey, LA 70058

**TAKO TOWING**
Through their Agent For Service of Process
ANTHONY J. LULICH
452 Destrehan Ave.
Harvey, LA 70058

**AMERICAN RIVER TRANSPORTATION CO.**
Through their Agent For Service of Process
CT CORPORATION SYSTEM
5616 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**SERVICE CONTINUED ON NEXT PAGE**

**ARCHER DANIELS MIDLAND CO.**
**(ADM LOGISTICS)**
Through their Agent For Service of Process
CT CORPORATION SYSTEM
5616 Corporate Blvd., Suite 400 B
Baton Rouge, LA 70808