UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES GREEN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | |
| | * | NO.: 2:12-cv-00978-NJB-DEK |
| LUMAR MARINE, INC., | * | |
| TAKO TOWING, | * | SECTION "G" JUDGE NANNETTE |
| AMERICAN RIVER TRANSPORTATION | * | JOLIVETTE BROWN |
| CO. (ARCO); and | * | |
| ARCHER DANIELS MIDLAND CO. | * | MAG: (3) DANIEL E. KNOWLES, III |
| (ADM) LOGISTICS | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## FIRST AMENDED AND SUPPLEMENTAL SEAMAN'S COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, James Green, who respectfully amends his original Seaman's Complaint filed herein as follows, to-wit:

**I.**

Plaintiff realleges and reavers each and every allegation as filed in his original Seaman's Complaint.

**II.**

By adding a paragraph following paragraph XV, and to be designated paragraph XVI, and to read as follows:

## XVI.

This Court has jurisdiction of this matter pursuant to Rule 9(h) of the Federal Rules of Civil Procedure."

              Respectfully submitted,

              **UNGAR & BYRNE**

              /s/ George W. Byrne, Jr.
              GEORGE W. BYRNE, JR. (#3744)
              EVETTE E. UNGAR (#29013)
              CHERYL L. WILD (#28805)
              650 Poydras St., Suite 2005
              New Orleans, Louisiana 70130
              Telephone No.: (504) 566-1616
              Facsimile No.: (504) 566-1652
              E-Mail: leslie@ungarlawyers.com
              Counsel for Plaintiff, *James Green*

**PLEASE SERVE:**

**LAMAR MARINE, INC.**
Through their Agent For Service of Process
ANTHONY J. LULICH
452 Destrehan Ave.
Harvey, LA 70058

**TAKO TOWING**
Through their Agent For Service of Process
ANTHONY J. LULICH
452 Destrehan Ave.
Harvey, LA 70058

**AMERICAN RIVER TRANSPORTATION CO.**
Through their Agent For Service of Process
CT CORPORATION SYSTEM
5616 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**SERVICE CONTINUED ON NEXT PAGE**

**ARCHER DANIELS MIDLAND CO.**
**(ADM LOGISTICS)**
Through their Agent For Service of Process
CT CORPORATION SYSTEM
5616 Corporate Blvd., Suite 400 B
Baton Rouge, LA 70808