UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES GREEN,**<br>          Plaintiff<br><br>**VERSUS**<br><br>**LUMAR MARINE TOWING, INC., ET AL,**<br>          Defendants | CIVIL ACTION NO. 2:12-cv-00978<br><br>SECTION "G"<br>Judge Nannette Jolivette Brown<br><br>DIVISION 3<br>Magistrate Judge Daniel E. Knowles, III |

## ORDER OF DISMISSAL

Upon consideration of the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Complaint of plaintiff, James Green, along with all supplemental and amending Complaints, and any and all cross-claims filed in the above-entitled and numbered action are hereby dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this __16th__ day of _____June_____, 2014.

_Nannette Jolivette Brown_
UNITED STATES DISTRICT COURT JUDGE